# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA RAMOS, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>BANK OF THE WEST, a California corporation, BMO HARRIS BANK N.A., doing business as BANK OF THE WEST, DOES 1 TO 200,<br><br>       Defendants. | Case No. CV 23-05710-DMG (ASx)<br><br>**ORDER RE JOINT REQUEST FOR VOLUNTARY DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE [37]** |

Based on the parties' Joint Request for Voluntary Dismissal of Case [Doc. # 37], and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice.

DATED: October 29, 2024



_____
DOLLY M. GEE
Chief United States District Judge